UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. GRANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CORRAL, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-01495-MCE-CKD (PS)<br><br><br>ORDER |

On December 4, 2019, the court vacated the initial scheduling conference in this matter due to defendants' pending motion to dismiss. (ECF Nos. 7, 10.) The court subsequently denied defendants' motion, and defendants filed a timely answer to plaintiff's Second Amended Complaint. (ECF Nos. 19, 20.) The motion to dismiss being resolved, and the operative complaint being answered, the court reschedules a scheduling conference in this matter in order for this case to proceed.

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is set for a scheduling conference on **April 1, 2020 at 10:00 a.m**. in courtroom No. 24. No later than **March 18, 2020**, the parties shall file status reports[1] addressing the following matters:

---

[1] The parties are encouraged, when possible, to file a joint status report.

1

a. Service of process;

b. Possible joinder of additional parties;

c. Any expected or desired amendment of the pleadings;

d. Jurisdiction and venue;

e. Anticipated motions and their scheduling;

f. The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

g. Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

h. Special procedures, if any;

i. Estimated trial time;

j. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

k. Whether the case is related to any other cases, including bankruptcy;

l. Whether a settlement conference should be scheduled; and

m. Any other matters that may add to the just and expeditious disposition of this matter.

Dated: March 4, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.1495.GRANT