SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**ANDREA M. VELASQUEZ, Senior Deputy City Attorney (SBN 249210)**
AVelasquez@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, MICHAEL CORRAL, and JOSE MENDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. GRANT,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MICHAEL CORRAL; JOSE MENDEZ; CITY OF SACRAMENTO; and DOES 1 through 5,<br><br>                    Defendants. | Case No.:  2:19-cv-01495-MCE-CKD<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR ADJUDICATION OF CLAIMS**<br><br>Date:         January 20, 2020<br>Time:         10:00 a.m.<br>Courtroom:  24, 8th Floor<br>Hon.          Carolyn K. Delaney |

**TO PLAINTIFF MARK A. GRANT:**

PLEASE TAKE NOTICE that on January 20, 2020 at 10:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Carolyn K. Delaney, Courtroom 24, 8th Floor, United States District Court for the Eastern District of California, Defendants will and hereby do move this Court for summary judgment or summary adjudication as requested herein.  This motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support thereof, the Statement of Undisputed Facts, the Declarations and the accompanying exhibits and all other documents and argument

/ / /

/ / /

submitted in support thereof.

DATED: December 1, 2020                SUSANA ALCALA WOOD,
                                       City Attorney


                                By:    /s/ ANDREA M. VELASQUEZ
                                       **ANDREA M. VELASQUEZ**
                                       Senior Deputy City Attorney

                                       Attorneys for the CITY OF SACRAMENTO

**PROOF OF SERVICE**

CASE NAME:        Grant, Mark v. City of Sacramento, et al.
COURT:            Eastern District of California
CASE NUMBER:      2:19-cv-01495-MCE-CKD

I declare that:

I am employed in the County of Sacramento, California. I am over the age of eighteen years and not a party to this action; my business address is 915 I Street, Room 4010, Sacramento, CA 95814-2604. On the date executed below, I served the following document(s):

**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR ADJUDICATION OF CLAIMS**

[X] **By United States Mail.** I enclosed the documents in a sealed envelope or a package addressed to the person(s) at the addresses listed below and (specify one):

(1) [ ] Deposited in a sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) [X] Placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employee in the county where the mailing occurred. The envelope or package was placed in the mail at Sacramento, California addressed as follows:

Mark A. Grant
P.O. Box 191566
Sacramento, CA 95819

Certified Mail: 7019 2970 0001 5392 3042

I declare under penalty of perjury that the foregoing is true and correct, and that the declaration was executed on December 1, 2020, at Sacramento, California.

                                              /s/ CHRISTINA L. WILL
                                              CHRISTINA L. WILL