SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**ANDREA M. VELASQUEZ, Senior Deputy City Attorney (SBN 249210)**
AVelasquez@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, MICHAEL CORRAL, and JOSE MENDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARK A. GRANT,<br><br>      Plaintiff,<br><br>  vs.<br><br>MICHAEL CORRAL; JOSE MENDEZ; CITY OF SACRAMENTO; and DOES 1 through 5,<br><br>      Defendants. | Case No.:  2:19-cv-01495-MCE-CKD<br><br>**SEPARATE STATEMENT OF UNDISPUTED FACTS AND SUPPORTING EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:          January 20, 2020<br>Time:         10:00 a.m.<br>Courtroom: 24, 8th Floor<br>Hon.           Carolyn K. Delaney |
|---|---|

Defendants submits the following Separate Statement of Undisputed Facts and Supporting Evidence in Support of their Motion for Summary Judgment.

| UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 1.     Sacramento City Code Chapter 8.04, entitled the "nuisance code" was adopted by City Council to provide a comprehensive method for the identification and abatement of certain public nuisances within the City. | Declaration of Jose Mendez at ¶ 4 |
| 2.     Public nuisance enforcement in the City of Sacramento is complaint driven and begins when the City receives a complaint from a citizen to Sacramento City 311, which is the centralized call center for the City. | Declaration of Jose Mendez at ¶ 5. |

| | |
|---|---|
| 3. When a complaint is received by Sacramento City 311 it is routed to the Community Development Department, and those complaints concerning residential properties are routed to the Neighborhood Code Compliance Division. | Declaration of Jose Mendez at ¶ 6 |
| 4. The Neighborhood Code Compliance Division opens a code enforcement case and assigns a code enforcement officer to investigate the complaint. | Declaration of Jose Mendez at ¶ 7. |
| 5. The code enforcement officer conducts an initial site inspection to determine if a code violation exists on the subject property. | Declaration of Jose Mendez at ¶ 7. |
| 6. Where a code violation is confirmed to exist, the assigned code enforcement officer may proceed in one of two ways: (1) issue a preliminary letter to the property owner identifying the violative activities or conditions observed and ask for voluntary abatement; or (2) issue a notice and order packet. | Declaration of Jose Mendez at ¶ 8. |
| 7. The notice and order packet is written notification served upon the property owner that certain conditions or activity on their property constitute a public nuisance and mandates that the owner take corrective action within 30-days to bring the property into compliance. If the owner does not bring the property into compliance within 30-days then the City is authorized to perform the abatement. | Declaration of Jose Mendez at ¶ 9. |
| 8. The City is required to file upon the property a pendency of the action with the Sacramento County Recorder's Office at the time of issuance of the notice and order packet. | Declaration of Jose Mendez at ¶ 10. |
| 9. The property owner has 30-days to file an appeal and pay the $400 appeal fee upon receipt of the notice and order packet. | Declaration of Jose Mendez at ¶ 11. |

SEPARATE STATEMENT OF UNDISPUTED FACTS AND SUPPORTING EVIDENCE

977700

| | |
|---|---|
| 10. The filing of an appeal automatically stays the 30-day voluntary abatement timeline and stays all enforcement action until a final decision is rendered. | Declaration of Jose Mendez at ¶ 11. |
| 11. Plaintiff is the owner of residential property located at 909 Regatta Drive, Sacramento, California. | Deposition of Mark Grant at 12:11-19 |
| 12. A code enforcement case, case number 18-018110 was opened on July 2, 2018 pertaining to Plaintiff's property at 909 Regatta Drive, when the City received a complaint about the lawn, a partial fence in the front, vehicle and boats and junk in the yard. | Declaration of Jose Mendez at ¶ 13. |
| 13. The case was assigned to code enforcement officer Michael Corral. | Declaration of Jose Mendez at ¶ 14. |
| 14. In August 2018, Plaintiff received a notice and order packet from the City which identified five issues that the City alleged were code violations and made his property a public nuisance. | Deposition of Mark Grant at 24:8-14; 27:20-25; Declaration of Jose Mendez at ¶ 16, 17. |
| 15. The City recorded a notice of pending enforcement proceeding or action on Plaintiff's property with the Sacramento County Recorder's Office on August 24, 2018. | Deposition of Mark Grant at 45:13-25, 46:1-2; Declaration of Jose Mendez at ¶ 18. |
| 16. Plaintiff filed a timely appeal and paid the $400 appeal fee. | Deposition of Mark Grant at 32:8-20; Declaration of Jose Mendez at ¶ 19. |
| 17. On the date of the appeal hearing, the City informed Plaintiff that his case was dismissed. | Deposition of Mark Grant at 39:4-13; Declaration of Jose Mendez at ¶ 20. |
| 18. The City refunded Plaintiff the $400 appeal fee in January 2019. | Deposition of Mark Grant at 40:1-20; Declaration of Jose Mendez at ¶ 21. |
| 19. On January 6, 2019, the City recorded a termination of the declaration of public nuisance on Plaintiff's property with the Sacramento County Recorder's Office. | Deposition of Mark Grant at 40:22-25, 41:1-7, 46:3-6; Declaration of Jose Mendez at ¶ 21 |

SEPARATE STATEMENT OF UNDISPUTED FACTS AND SUPPORTING EVIDENCE
977700

| | |
|---|---|
| 20. Plaintiff alleges he suffered emotional distress during the time that the recording of pending enforcement existed on his property, which was between August 24, 2018, and January 6, 2019. | Deposition of Mark Grant at 46:3-25, 47:1-11. |
| 21. Plaintiff alleges the City unlawfully targeted his property for enforcement in violation of the Equal Protection Clause. | Deposition of Mark Grant at 49:12-25; 50:1-5. |
| 22. Plaintiff alleges similarly situated properties in his neighborhood have had code violations which the City decided not to enforce, specifically including the following properties: 3051 Northstead Drive; 3142 Northstead Drive; the property next door to Plaintiff's; 910 Regatta; and 865 Regatta. | Deposition of Mark Grant at 50:6-24; Plaintiff's Second Amended Complaint (ECF Doc. No. 17) at pg. 19 ¶¶ 22, 23, 24, 25, page 20 ¶ 26. |
| 23. The City's Code Enforcement records reveal that between 2016 and February 2020, there were 12 Code Enforcement cases opened for eight properties in Plaintiff's neighborhood, excluding Plaintiff's property. | Declaration of Jose Mendez at ¶¶ 22-25. |
| 24. During this time, the City opened three code enforcement cases on 3051 Northstead Drive; one case on 3142 Northstead Drive; two cases on Plaintiff's neighbor at 905 Regatta; one case on Plaintiff's neighbor at 913 Regatta. | Declaration of Jose Mendez at ¶¶ 22-25. |

DATED: December 1, 2020

SUSANA ALCALA WOOD,
City Attorney

By: /s/ ANDREA M. VELASQUEZ
**ANDREA M. VELASQUEZ**
Senior Deputy City Attorney

Attorneys for the CITY OF SACRAMENTO

SEPARATE STATEMENT OF UNDISPUTED FACTS AND SUPPORTING EVIDENCE

977700

# PROOF OF SERVICE

CASE NAME:        Grant, Mark v. City of Sacramento, et al.
COURT:            Eastern District of California
CASE NUMBER:      2:19-cv-01495-MCE-CKD

I declare that:

I am employed in the County of Sacramento, California. I am over the age of eighteen years and not a party to this action; my business address is 915 I Street, Room 4010, Sacramento, CA 95814-2604. On the date executed below, I served the following document(s):

**SEPARATE STATEMENT OF UNDISPUTED FACTS AND SUPPORTING EVIDENCE IN SUPPORT OF MOTIN FOR SUMMARY JUDGMENT**

[X] **By United States Mail.** I enclosed the documents in a sealed envelope or a package addressed to the person(s) at the addresses listed below and (specify one):

(1) [ ] Deposited in a sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) [X] Placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employee in the county where the mailing occurred. The envelope or package was placed in the mail at Sacramento, California addressed as follows:

Mark A. Grant
P.O. Box 191566
Sacramento, CA 95819

Certified Mail: 7019 2970 0001 5392 3042

I declare under penalty of perjury that the foregoing is true and correct, and that the declaration was executed on December 1, 2020, at Sacramento, California.

/s/ CHRISTINA L. WILL
CHRISTINA L. WILL

977756

1
PROOF OF SERVICE