SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**ANDREA M. VELASQUEZ, Senior Deputy City Attorney (SBN 249210)**
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, MICHAEL CORRAL, and JOSE MENDEZ

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SACRAMENTO

| | |
|---|---|
| MARK A. GRANT,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL CORRAL; JOSE MENDEZ; CITY OF SACRAMENTO; and DOES 1 through 5,<br><br>  Defendants. | Case No.:  2:19-cv-01495-MCE-CKD<br><br>**DECLARATION OF JOSE MENDEZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        January 20, 2020<br>Time:       10:00 a.m.<br>Courtroom: 24, 8th Floor<br>Hon.         Carolyn K. Delaney |

I, Jose Mendez, declare:

  1.  I have personal knowledge of the facts stated herein and, if called to testify, I can competently testify thereto.

  2.  I am currently employed by the City of Sacramento, Community Development Department in the Neighborhood Code Compliance Division as a Code Enforcement Manager. I have been so employed since January 2017.

  3.  I have reviewed Plaintiff's Second Amended Complaint (ECF Doc. No. 17), the City of Sacramento's code enforcement case file No. 18-018110, which is the underlying code enforcement case against Plaintiff that is the subject of this lawsuit, and code enforcement case files for 8 other properties that were opened between 2016 and February 2020 including 3051

Northstead Drive, 3142 Northstead Drive, 900 Regatta, 905 Regatta and 913 Regatta, 830 Regatta, and 855 Regatta.

4. Sacramento City Code Chapter 8.04 entitled the "nuisance code" was adopted by City Council to provide a comprehensive method for the identification and abatement of certain public nuisances within the City.

5. Public nuisance enforcement is complaint driven and begins when the City receives a complaint from a citizen to Sacramento City 311, which is the centralized call center for the City.

6. When a complaint is received by Sacramento City 311 it is routed to the Community Development Department, and those complaints concerning residential properties are routed to the Neighborhood Code Compliance Division.

7. The Neighborhood Code Compliance Division opens a code enforcement case and assigns a code enforcement officer to investigate. The first step in the investigation is for the assigned code enforcement officer to conduct an initial site inspection of the subject property to determine if a code violation exists.

8. Where a violation is confirmed to exist, the assigned code enforcement officer may proceed in one of two ways: (1) issue a preliminary letter to the property owner identifying the violative activities or conditions observed and ask for voluntary abatement; or (2) issue a notice and order packet.

9. The notice and order packet is written notification served upon the property owner that certain conditions or activities on their property constitute a public nuisance and mandates that the owner take corrective action within 30-days to bring the property into compliance. If the owner does not bring the property into compliance within 30-days then the City is authorized to perform the abatement.

10. The City is required to file upon the property a pendency of the action with the Sacramento County Recorder's Office at the time of issuance of the notice and order packet.

11. The property owner has 30-days to file an appeal (and pay the $400 appeal fee) of the City's determination of public nuisance upon receipt of the notice and order packet. The

filing of an appeal automatically stays any code enforcement on the property and stays the 30-day voluntary abatement timeline until a final decision is rendered.

12. The City of Sacramento opens a code enforcement file for each complaint received and retains the code enforcement file in the regular course of business. The files are numbered and named by address. The subject code enforcement case pertaining to 909 Regatta Drive is case number 18-018110.

13. Case Number 18-018110 was opened on July 2, 2018 when the City received a complaint about the property's lawn, partial fence in the front, vehicles and boats, and junk in the yard.

14. The case was assigned to code enforcement officer Michael Corral who performed an initial site inspection on August 3, 2018.

15. Code enforcement officer Michael Corral determined that the property was in violation of City Code and therefore deemed a public nuisance and opted to issue a notice and order packet.

16. The notice and order packet was mailed to the homeowner, Mark Grant via certified mail on August 7, 2018, and posted on the property on August 9, 2018.

17. The notice and order packet identified five issues that existed on the property that were violative of City Code and made the property a public nuisance.

18. On August 24, 2018, the City recorded a notice of pending enforcement proceeding or action on Plaintiff's property with the Sacramento County Recorder's Office.

19. Mark Grant filed a timely appeal and was scheduled for a hearing on October 24, 2018.

20. On October 24, 2018, the case went to hearing and City staff made the decision to dismiss the case.

21. The City refunded Mr. Grant the $400 appeal fee and on January 6, 2019 the City recorded a termination of the declaration of public nuisance on the property with the Sacramento County Recorder's Office.

/ / /

22. In response to Plaintiff's request for production of records I searched the code enforcement cases maintained by the City to determine if the City had taken any code enforcement action on the following properties between 2016 and February 2020: 3051 Northstead Drive, 3142 Northstead Drive, 900 Regatta Drive, 905 Regatta Drive, 865 Regatta Drive, 910 Regatta Drive, 913 Regatta Drive, 917 Regatta Drive, 921 Regatta Drive, 925 Regatta Drive, 933 Regatta Drive, 830 Regatta Drive, 870 Regatta Drive, 880 Regatta Drive, and 855 Regatta Drive.

23. Mark Grant's property is located at 909 Regatta Drive, and his two next door neighbors are located at 905 Regatta Drive and 913 Regatta Drive.

24. My review and search of code enforcement cases maintained by the City revealed that between 2006 and February 2020 there were three code enforcement cases on 3051 Northstead Drive, one code enforcement case on 3142 Northstead Drive, one code enforcement case on 900 Regatta Drive, two code enforcement cases on 905 Regatta Drive, one code enforcement case on 913 Regatta Drive, one code enforcement case on 921 Regatta Drive, two code enforcement case on 830 Regatta Drive, and one code enforcement case on 855 Regatta Drive.

25. During the time period between 2016 and February 2020 the City had 12 code enforcement cases for eight properties located in Plaintiff's neighborhood excluding Plaintiff's property.

I declare under penalty of perjury according to the laws of the State of California that the foregoing is true and correct.

Executed on November 23, 2020, in Sacramento, California.

_____
JOSE MENDEZ

# PROOF OF SERVICE

CASE NAME:        Grant, Mark v. City of Sacramento, et al.
COURT:            Eastern District of California
CASE NUMBER:      2:19-cv-01495-MCE-CKD

I declare that:

I am employed in the County of Sacramento, California. I am over the age of eighteen years and not a party to this action; my business address is 915 I Street, Room 4010, Sacramento, CA 95814-2604. On the date executed below, I served the following document(s):

**DECLARATION OF JOSE MENDEZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

[X] **By United States Mail.** I enclosed the documents in a sealed envelope or a package addressed to the person(s) at the addresses listed below and (specify one):

(1) [ ] Deposited in a sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) [X] Placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employee in the county where the mailing occurred. The envelope or package was placed in the mail at Sacramento, California addressed as follows:

Mark A. Grant
P.O. Box 191566
Sacramento, CA 95819

Certified Mail: 7019 2970 0001 5392 3042

I declare under penalty of perjury that the foregoing is true and correct, and that the declaration was executed on December 1, 2020, at Sacramento, California.

    /s/ CHRISTINA L. WILL
CHRISTINA L. WILL