

FILED
MAR 0 1 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Mark A. Grant
P.O. Box 191566
Sacramento, California 95833
In Pro Per, (916) 345 - 6662

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. GRANT<br>Plaintiff,<br>vs.<br>**MICHAEL CORRAL, ET AL.,**<br>Defendant(s) | ) Case No.: No. [case number]<br>)<br>) 2:19-cv-01495-MCE-CKD<br>)<br>) PLAINTIFF MARK A GRANT'S<br>) RREPLY TO DEFENDANTS<br>) OPPOSITION TO Motion To<br>) Suppress Defendants<br>) ORAL DEPOSITION/Transcripts OF<br>) Plaintiff MARK A GRANT;<br>) Rule 30(e) and Rule 32(d)(4)<br>) Declaration of Mark A. grant<br><br>Date: March 10, 2021<br>Time: 10:00 am<br>Courtroom 24, 8th floor<br>Before: Hon. Carolyn K. Delaney |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

I, Plaintiff Mark A. Grant Declare the following,

1. I am the Plaintiff in the above entitled action.

2. I maintain my property on a regular basis.

3. Defendants served Plaintiff Mark A. Grant with ambiguous and non-existent code violations and when Plaintiff served a Discovery Request for clarifications, Defendant Michael Corral refused clarification, and when Defendant Michael Corral was served with a Motion To Compel, once again Defendant refused and there after failed to appear at the hearing on the matter.

4. From my past experience with Depositions, the Short-hand reporter always provided me the contact information and informed me that as soon as the Deposition was transcribed I would be notified and given an opportunity to review the transcripts before they are certified.

5. Neither on July 31, 2020 nor any date there after did the Short-hand reporter or anyone provide me with information as to the contact information for the Short-Hand Reporter, nor did anyone notify me that the transcription had been completed and the the transcripts were available for my review before finalization.

**PLAINTIFF MARK A. GRANT'S REPLY TO DEFENDANTS OPPOSITION   page 1 of 4**

6. Defendants counsel has failed to attach her 'ex A of ECF Doc No. 47-4 and Plaintiff Mark A. Grant is unaware of the contents there of.

7. Defendants made two attempts to file and serve Plaintiff with a Motion For Summary Judgment. Plaintiff could not respond to Defendants Motion For Summary Judgment because each motion was set for a date in early 2020 a date that had long passed.

8. Additionally, Plaintiff had been diagnosed with AFib by the Department of Veterans Affairs Hospital, I was told by my primary care physician that the upper chamber of my heart was beating faster than the lower chamber and that I was susceptible to blood clots, strokes or heart attack. I was told I had to be put on warfin.

9. Warfin has serious side affects and my family member(s) have had bad experiences with blood thinners so I requested the use of about four different brand name blood thinners that weren't as dangerous as warfin to which Dr. Goodman my assigned cardiologist said I was not a candidate for those drugs as those drugs were prescribed to stroke patients.

10. I refused the warfin and was told the Department of Veterans Affairs would not trat my Afib unless I was on a managed dose of warfin and the drug was not prescribed. Then in late December my assigned surgeon at UCSF said the if he determines that I am healthy enough for a Kidney Transplant that I would have to be on a blood thinner before and after surgery because there is a risk of blood clots during and after surgery and that I would have to be on blood thinners for the rest of my life.

11. I contacted Dr. Goodman and began taking warfin in early January.

12. Friday January 8,2021 @ 8:30pm I started taking Warfin a 5 mg pill with no issues.

Saturday January 9,2021 @ 8:30pm I took another 5 mg pill.... about 30 minutes to an hour later I developed nausea, upset stomach, level 7 pain in neck, shoulders, right shoulder blade and center back, I felt fatigued and my body felt weak, I was sick all day Sunday. I called advice nurse around 4:30pm received call back around 9:30pm but I had fallen asleep.

Sunday January 10,2021 I awoke around 10:30pm, was feeling better took another 5 mg pill within 30 minutes to an hour later I developed nausea, upset level 7 pain in right shoulder blade and center of my back, I felt fatigued and my body felt weak, I was sick all day Monday.

Monday evening January 11,2021 I took no warfin.

Tuesday January 12,2021 at approx 1am I was experiencing fatigue, body weakness neck,shoulder and back pain, and blood runing from both sinuses. About 2pm Dr. Goodman called and reduced my dosage to half a pill. I waited till I felt better took half pill. About 30 minutes to an hour later I was sick and miserable vomiting yellowish fluid and then a couple of times small amounts of dark red fluid that burned my throat.I was miserable all night and never went to sleep.

Wednesday January 13,2021 Iwas miserable all day and was not able to leave the house to run errands. About 5pm I fell asleep and awoke about 7pm to a numb tingling tongue, loud ringing in my ears, painful migraine headache that moved from all over my brain to the right front of brain. I had numbness and tingling in the left side of my face and both lips, the and back of my eyes were in pain, my body was weak and fatigue. Aprox 10pm symptoms were subsiding with just mild migran headache in forehead, tightness in my nose and upset stomach that made me feel sick.  When symptoms began to go away I decided not to go to hospital.

13. Last time I went to the hospital for stroke symptoms, the doctors had me injected with IV contrast and shortly thereafter I had a seizure and ended up in a comma for 14 days during which time they said my brain was dieing and they were trying to contact a family member for authorization to take me off life support.

14. I thought after a week the warfin would be out of my system but it persisted and I continued to suffer debilitating symptoms.

15. Due to defense counsels improperly noticed Motions for summary judgment,  my illness and Defendants counsels late received Notice of Changed Hearing Date on its Motion For Summary Judgment, Plaintiff was unable to file a timely response to Defendants Motion For Summary Judgment.

16. At no time past or present have I ever received a copy of my Deposition transcript prior to its Finalization and nor does Defendants counsel attach a copy of a 'proof of service of Deposition transcript' upon plaintiff prior to finalization nor does Defendants counsel state in her opposition the date upon which such service was made, or by whom.

17. Plaintiff relied upon the Short Hand reporter's statement on July 31, 2020 that I would be notified when the transcripts are ready for my review prior to finalization.

18. Defendants' Short Hand reporter failed to notify Plaintiff when the transcripts are ready for review prior to finalization and Defendants' counsel has failed to attach such notification to its Motion In Opposition.

19. Plaintiff promptly and in a timely manner given the foregoing circumstances filed his Motion to Suppress Transcripts.

20. Additionally Plaintiff cannot request changes to a transcript he has never seen prior to finalization.

21. Defendants have presented no evidence to support their allegation that Plaintiff was served with his Deposition Transcript on December 1st, 2020.

22. Defendants repeated filing of a Motion For Summary Judgment requiring a response to be filed the year prior to the filing of their Motion compounded Plaintiffs inability to respond in a timely fashion.

For the additional foregoing reasons Plaintiff requests that his Motion To Suppress Defendants ORAL DEPOSITION/Transcripts OF Plaintiff MARK A GRANT; Rule 30(e) and Rule 32(d)(4) be Granted.

I, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Mark A. Grant* [signature]

Mark A. grant In Pro Per

## PROOF OF SERVICE

CASE# 2:19-cv-01495-MCE-CKD

I am a citizen of the United States and a resident of the County of Sacramento; I am over the age of eighteen, years and not a party to the within above-entitled action; my contact address is: Leah Green Post Office Box 191566, Sacramento, California 95819.

On March 01, 2021 I served the attached:

Plaintiff Mark A Grant's Reply to Defendants Opposition To Motion to Suppress Defendants Oral Deposition/Transcripts of Plaintiff Mark A. Grant. Rule 30(e) and Rule 32(d)(4) Declaration of Mark A. Grant

By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post office mail at Sacramento, California addressed as follows to defendant and/or defendant(s) attorney of record:

Susana A. Wood
Sacramento City Attorney
915 I street, room 4010
Sacramento, Calif. 95814

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed at Sacramento, California.

Dated: 03-01-2021

Leah Green