UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. GRANT,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CORRAL, et al.<br><br>    Defendants. | No. 2:19-cv-01495-MCE-CKD PS<br><br><br>ORDER |

On March 4, 2021, the magistrate judge filed amended findings and recommendations (ECF No. 54), which were served on the parties and which contained notice that any objections to the amended findings and recommendations were to be filed within fourteen (14) days. No objections were filed. Accordingly, the Court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

///
///
///
///
///

1

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS ORDERED that:

1. The amended findings and recommendations (ECF No. 54) are ADOPTED IN FULL;
2. Defendants' motion for summary judgment (ECF No. 47) is GRANTED;
3. The Clerk of Court is directed to enter judgment for defendants and close this case.

IT IS SO ORDERED.

**Dated:  June 15, 2021**

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE