## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MARK A. GRANT,**

CASE NO: **2:19−CV−01495−MCE−CKD**

v.

**MICHAEL CORRAL, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/16/2021**

**Keith Holland**
Clerk of Court

ENTERED: **June 16, 2021**

by: /s/ K. Zignago
Deputy Clerk